**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6553**

———————

WILLIS ANDREA JONES,

Plaintiff - Appellant,

versus

BOYD BENNETT; ROBERT TERRY, JR.; GRADY J.
HAYNES, Superintendent; HENRY E. RODWELL,
Lieutenant; C. MCNAIR, Sargeant; PAULA
HENDRICKS; B TURNER; KELLIE DUFAULT; HATTIE
PIMPONG,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-60-5-CT-H)

———————

Submitted: June 20, 2002        Decided: June 27, 2002

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Willis Andrea Jones, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willis Andrea Jones appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Bennett, No. CA-02-60-5-CT-H (E.D.N.C. Mar. 26, 2002). We deny Jones' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2